NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAWRENCE B. LOCKWOOD
and PANIP, LLC,**
*Plaintiffs-Appellants,*

v.

**SHEPPARD, MULLIN, RICHTER & HAMPTON,
LLP, JONATHAN HANGARTNER, and STEVE P.
HASSID,**
*Defendants-Appellees.*

---

2010-1189

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-5157, Judge John F. Walter.

---

## ON MOTION

---

## ORDER

The appellees move for a 14-day extension of time, until June 15, 2010, to file their brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>MAY 2 1 2010</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc: Don Howarth, Esq.
Gary A. Clark, Esq.
David Hricik, Esq.
Margaret M. Grignon, Esq.
Andre M. Mura, Esq.

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 1 2010

JAN HORBALY
CLERK

s21